```
                           United States Bankruptcy Court
                             Southern District of Iowa

In re:                                                        Case No. 15-01676-lmj
Eric E Hartman                                                Chapter 7
Dorothy F. Hartman
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0863-4          User: admin              Page 1 of 2              Date Rcvd: Nov 10, 2015
                              Form ID: 1B18            Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2015.
db           +Eric E Hartman,    18365 Highway 2,    Bloomfield, IA 52537-7468
jdb          +Dorothy F. Hartman,    PO Box 102,    Pulaski, IA 52584-0102
cr            Victoria Siegel,    114 Market Street,    Ottumwa, IA 52501
802113584    +Abraham Watkins,    211 Main Street,    Keosauqua, IA 52565-1173
802113585    +Account Liquidation Se,    304 W Water St,    Decorah, IA 52101-1730
802113586    +Aes/goal Financial,    1200 North 7th Street,    Harrisburg, PA 17102-1419
802113587    +American Ntl Bank/Peoples Ntl Bank,    8990 W Dodge St,    Omaha, NE 68114-3315
802113588    +Bony/glhec,    Po Box 7860,    Madison, WI 53707-7860
802113590    +Buena Vista University,    Professional & Online Site,    525 Grandview,    Room 149,
               Ottumwa, IA 52501-1359
802113598    +Child Suport Recovery Unit,    PO Box 9125,    Des Moines, IA 50306-9125
802113599    +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis, MO 63179-0040
802113600    +Clerk of Court Davis County,    Case # SCSC009714 (DAVIS),    100 Courthouse Square,
               Bloomfield, IA 52537-1600
802113601    +Clerk of Court Davis County,    Case # SCSC009887 (DAVIS),    100 Courthouse Square,
               Bloomfield, IA 52537-1600
802113602    +Clerk of Court Van Buren County,    Case # SCSC008094 (VAN BUREN),    PO Box 495,
               Keosauqua, IA 52565-0495
802113603    +Clerk of Court Wapello County,    SCSC121365 (WAPELLO),    101 W 4th St,    Ottumwa, IA 52501-2510
802113606    +David Kaufman,    17830 Hwy 2,    Bloomfield, IA 52537-7460
802113607    +Davis County Dental,    PO Box 69,    107 S Pine Street,    Bloomfield, IA 52537-1519
802113608    +Davis County Hospital,    509 N Madison St,    Bloomfield, IA 52537-1299
802113611    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
802113616    +Glelsi/bony Elt Higher,    Po Box 7860,    Madison, WI 53707-7860
802113617    +Glhegc,    Po Box 7860,    Madison, WI 53707-7860
802113618    +Hauge Assoc,    2320 W 49th St,    Sioux Falls, SD 57105-6557
802113620    +Isl/u S Bank,    6805 Vista Drive,    West Des Moine, IA 50266-9307
802113621    +Katey Thompson,    407 S East St.,    Bloomfield, IA 52537-1902
802113622    +Mark Vinnoni,    324 S Walnut,    Fremont, IA 52561-9775
802113623     Mercy Medical Center,    PO Box 4953,    Des Moines, IA 50305-4953
802113628    +Sheriff Davis County,    Case #: SCSC008094 (Van Buren),    110 West Franklin Street,
               Bloomfield, IA 52537-1614
802113627    +Sheriff Davis County,    Case #: SCSC121365 (WAPELLO),    110 West Franklin Street,
               Bloomfield, IA 52537-1614
802113629     Sheriff Davis County,    110 West Franklin Street,    SCSC009887 (DAVIS),    Bloomfield, IA 52537
802113630    +Sheriff Van Buren County,    Case #: SCSC008094 (Van Buren),    907 Broad Street,
               Keosauqua, IA 52565-1187
802113631    +Sheriff Wapello County,    Case #SCSC121365 (WAPELLO),    330 W 2nd St,    Ottumwa, IA 52501-2505
802113632    +Teresa Hartman,    18365 Hwy 2,    Bloomfield, IA 52537-7468
802113641    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: US Dept of Education,    501 Bleeker St,    Utica, NY 13501)
802113634    +U S Dept Of Ed/fisl/at,    Attn: Bankruptcy,    61 Forsythe St Room 19t89,
               Atlanta, GA 30303-8928
802113635    +US Attorneys Office (DOE),    110 E Court Avenue, Suite 286,    Des Moines, IA 50309-2044
802113639    +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
802113638     US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
               Greenville, TX 75403-5609
802113640     US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
802113643     US Dept of Education,    Office of General Counsel,    400 Maryland Ave SW,
               Washington, DC 20202-2110
802113644    +Van Buren County Hospital & Clinics,    304 Franklin St,    Keosauqua, IA 52565-1164
802113645    +Victoria Siegel,    411 N Court St,    Ottumwa, IA 52501-2645
802113647     Wells Fargo Education Financial Services,    Wells Fargo Bank,    Mac X2505-033   Pob 10438,
               Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
802113589    +E-mail/Text: busoffice@bvu.edu Nov 10 2015 23:09:06     Buena Vista University,
               610 W 4th Street,    Storm Lake, IA 50588-1713
802113591    +EDI: CAPITALONE.COM Nov 10 2015 23:13:00     Cap1/mnrds,   Po Box 30253,
               Salt Lake City, UT 84130-0253
802113592    +EDI: CAPITALONE.COM Nov 10 2015 23:13:00     Cap1/younk,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
802113596    +EDI: CAPITALONE.COM Nov 10 2015 23:13:00     Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
802113595    +EDI: CAPITALONE.COM Nov 10 2015 23:13:00     Capital One,   Po Box 30253,
               Salt Lake City, UT 84130-0253
802113594     EDI: CAPITALONE.COM Nov 10 2015 23:13:00     Capital One,   PO Box 6492,
               Carol Stream, IL 60197-6492
802113593    +EDI: CAPITALONE.COM Nov 10 2015 23:13:00     Capital One,   Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
802113597    +EDI: CHASE.COM Nov 10 2015 23:13:00     Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
```

```
District/off: 0863-4           User: admin                 Page 2 of 2                Date Rcvd: Nov 10, 2015
                               Form ID: 1B18               Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
802113604      +E-mail/Text: alisha@cfirst.com Nov 10 2015 23:09:07      Community First Bank,   714 1st St,
                Keosauqua, IA 52565-7713
802113605      +E-mail/Text: cedwards@pcsia.net Nov 10 2015 23:09:08      Credit Bur Serv Of Iow,
                1306 S 7th St,   Oskaloosa, IA 52577-4114
802113609      +E-mail/Text: Bankruptcy@c1stcreditunion.com Nov 10 2015 23:09:12       Deere Community Fed Cu,
                235 Richmond Ave,    Ottumwa, IA 52501-4227
802113610      +EDI: DISCOVER.COM Nov 10 2015 23:13:00      Discover Fin Svcs Llc,   Po Box 15316,
                Wilmington, DE 19850-5316
802113613      +EDI: RMSC.COM Nov 10 2015 23:13:00      GECRB/Care Credit,   Attn: bankruptcy,   Po Box 103104,
                Roswell, GA 30076-9104
802113614      +EDI: RMSC.COM Nov 10 2015 23:13:00      GECRB/JC Penny,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
802113615      +EDI: RMSC.COM Nov 10 2015 23:13:00      GECRB/PayPal Cr,   Attn:Bankruptcy,   Po Box 103104,
                Roswell, GA 30076-9104
802113619      +E-mail/PDF: claimbnk@studentloan.org Nov 10 2015 23:08:28       Iowa Student Loan,
                6805 Vista Drive,    West Des Moine, IA 50266-9307
802113624      +EDI: MID8.COM Nov 10 2015 23:13:00      Midland Funding,   8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
802113626      +EDI: PRA.COM Nov 10 2015 23:13:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
802113633      +E-mail/Text: bkyelectnotices@tgslc.org Nov 10 2015 23:09:19      Tx Guar Std,
                Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
802113636       EDI: USBANKARS.COM Nov 10 2015 23:13:00      Us Bank,   4325 17th Ave S,   Fargo, ND 58125
802113637       EDI: USCELLULAR.COM Nov 10 2015 23:13:00      US Cellular,   PO Box 7835,
                Madison, WI 53707-7835
802113646       EDI: WFFC.COM Nov 10 2015 23:13:00      Well Fargo,   ASC collector,   PO Box 6412,
                Carol Stream, IL 60197-6412
802113648      +EDI: WFFC.COM Nov 10 2015 23:13:00      Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,
                Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Abraham Watkins,   211 Main Street,   Keosauqua, IA 52565-1173
cr*            +Davis County Hospital,   509 N Madison Street,   Bloomfield, IA 52537-1299
cr*            +Midland Funding, LLC,   8875 Aero Drive., Ste. 200,   San Diego, CA 92123-2255
802113612*     +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
802113625*     +Midland Funding LLC,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
802113642*     ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
                 (address filed with court: US Dept of Education,   Litgation Unit,
                 50 Beale Street, Suite 8629,   San Francisco, CA 94105)
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
          Charles L Smith    trustee@telpnerlaw.com, ia21@ecfcbis.com
          Robert J Liptak    on behalf of Joint Debtor Dorothy F. Hartman liptaklaw@gmail.com,
           robertjliptak@liptaklaw.com
          Robert J Liptak    on behalf of Debtor Eric E Hartman liptaklaw@gmail.com,
           robertjliptak@liptaklaw.com
          United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court
Southern District of Iowa
110 E. Court Ave., Suite 300
Des Moines, IA 50309
www.iasb.uscourts.gov
**Case No. 15−01676−lmj7**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric E Hartman　　　　　　　　　　　　　　Dorothy F. Hartman
18365 Highway 2　　　　　　　　　　　　　PO Box 102
Bloomfield, IA 52537　　　　　　　　　　　Pulaski, IA 52584

Social Security No.:
　xxx−xx−3795　　　　　　　　　　　　　　xxx−xx−5953

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

Dated: 11/10/15　　　　　　　　　　　　　Judge Lee M. Jackwig
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**